## HARMON'S EXECUTORS v. LEVALLEY.

### *Appeal from Bremer District Court — Tuesday, October 22.*

#### FAILURE TO EXCEPT.

WRIGHT, J. — Defendant appeals, and assigns for error the ruling of the court below in sustaining a demurrer to a part of his answer. To this decision he did not except. There is, therefore, no question which we can review, and the judgment is affirmed. *Perkins* v. *White*, 14 Iowa, 596; *Dailey* v. *Reid*, 15 Id. 597.

*B. W. Poor* for the appellant — *Ruddick & Avery* for the appellee.